UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN PATRICK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>RUNNING WAREHOUSE, LLC, a California limited liability company; et al.,<br><br>      Defendants - Appellees,<br><br> and<br><br>SKATE WAREHOUSE, LLC, a California limited liability company,<br><br>      Defendant. | No. 22-56078<br><br>D.C. No. 2:21-cv-09978-ODW-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered February 12, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT